**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) SHINN INSURANCE AGENCY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-135-JAR |
| | ) | |
| (1) FIDELITY AND GUARANTY INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT FIDELITY AND GUARANTY INSURANCE COMPANY'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Fidelity and Guaranty Insurance Company ("Defendant" or "Fidelity") files the Notice of Removal of this case from the District Court of Carter County, State of Oklahoma. Defendant states as follows in support thereof:

1. On **April 16, 2026**, Plaintiff Shinn Insurance Agency ("Plaintiff") filed a Petition in the District Court of Carter County, Oklahoma, styled *Shinn Insurance Agency, LLC v. Fidelity and Guaranty Insurance Company*, Case No. CJ-2026-133 ("State Court Action"). ***Ex. 1, Petition***.

2. On or about **April 24, 2026**, Plaintiff served Fidelity the Petition and Summons in the State Court Action via mailing process to the Oklahoma Insurance Department, which, on or about **April 27, 2026**, then provided Notice and Service of Process to Fidelity. ***Ex. 2, Shinn Summons***.

3. Defendant files this Notice of Removal within thirty (30) days of receipt of the Petition. The time period authorized for removal per 28 U.S.C. § 1446(b) has therefore not yet expired.

4. Plaintiff is an active Oklahoma limited liability company. ***Ex. 1, Petition***.

5. Defendant Fidelity and Guaranty Insurance Company is a citizen of the State of Iowa, with its principal place of business in Connecticut. Therefore, complete diversity exists among the parties to this action.

6. In addition to complete diversity, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, establishing this case is properly removed per 28 U.S.C. §§ 1332, 1441, and 1446. Specifically, Plaintiff asserts in the Petition "[a]s a direct result of the bad faith actions of Defendant, the Plaintiff has suffered ongoing and continuing damages above and beyond the damage incurred to the Properties, in an amount in excess of $75,000.00." ***Ex. 1, Petition, ¶ 14***.

7. The United States District Court for the Eastern District of Oklahoma is the appropriate court for filing a Notice of Removal from the court where the State Court Action, the District Court of Carter County, State of Oklahoma, is pending. Accordingly, Defendant seeks to remove the State Court Action to this Court.

8. Defendant will file a copy of the Notice of Removal with the State Court and provide written notice to all counsel of record upon receiving the federally-filed Notice of Removal and attendant case number, in accordance with 28 U.S.C. § 1446(d).

9. Per 28 U.S.C. § 1446 and LCvR 81.2, copies of the court docket sheet and all responses, replies, or other papers filed and/or served in the State Court Action, Carter

County District Court Case No. CJ-2026-133, are attached hereto. ***Ex. 3, State Court Docket Sheet; Ex. 1, Petition***.

10. This cause of action is removable to the United States District Court for the Eastern District of Oklahoma per 28 U.S.C. §§ 1441(a) and (b) and all other applicable statutes.

Respectfully submitted,

s/John Derek Cowan
Derrick T. DeWitt, OBA #18044
John Derek Cowan, OBA #31525
DEWITT PARUOLO & MEEK, PLLC
P.O. Box 138800
Oklahoma City, OK 73113
T: (405) 705-3600
F: (405) 705-2573
ddewitt@46legal.com
dcowan@46legal.com
***Attorneys for Defendant***
***Fidelity and Guaranty Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify on May 5, 2026, I filed the attached document with the Clerk of the Court and served the attached document on the following, who are registered participants of the ECF System:

Grayson L. Jones, OBA #36355
Catastrophic Claims Legal Group
201 Robert S. Kerr Ave., Ste. 700
Oklahoma City, OK 73102
T: (771) 999-3669
grayson@catclaimslegalgroup.com

and

Derek L. Fadner
1000 Main Street, Suite 2300
Houston, TX 77002
T: (832) 323-3000
derek@stormlawpartners.com
service@stormlawpartners.com

***Counsel for Plaintiff***

s/John Derek Cowan