**IN THE DISTRICT COURT OF CARTER COUNTY**
**STATE OF OKLAHOMA**

SHINN INSURANCE AGENCY, LLC,　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　*Plaintiff,*　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　Case No. C J · 2 6 · 133
　　　　　　　　　　　　　　　　　)
FIDELITY AND GUARANTY　　　　　)
INSURANCE COMPANY,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　*Defendant.*　　　　　)

FILED
IN DISTRICT COURT

APR 16 2026

RENEE BRYANT, Court Clerk
Carter County, Oklahoma

## PETITION

**COMES NOW**, Plaintiff, Shinn Insurance Agency, LLC ("Plaintiff") and for its causes of action against the Defendant, Fidelity and Guaranty Insurance Company ("Defendant"), alleges and states as follows:

1. The instant case involves wind damage losses which occurred on or about April 03, 2025, at Plaintiff's property (the "Property") situated in 419 North Washington Street, Ardmore, Oklahoma 73401.

2. The instant case also involves a policy of insurance made and breached in Carter County, Oklahoma; therefore, venue is proper.

3. The amount of economic damages in controversy exceeds $10,000.

4. Plaintiff, Shinn Insurance Agency, LLC is a domestic limited liability company incorporated in Oklahoma.

5. Upon information and belief, Defendant, Fidelity and Guaranty Insurance Company, is a Foreign insurance company and was at all times hereinafter mentioned, and is now duly organized, existing, and authorized to conduct business in Oklahoma.

1

6. At the time of the loss, Plaintiff was insured by Fidelity and Guaranty Insurance Company under policy number BIP-0X24883A-24-42 (the "Policy"), which covered the Property from July 30, 2024 through July 30, 2025. The policy was in full force and effect at the time of the loss. See a copy of the Declarations page of the Policy attached as Exhibit A.

7. On or about April 03, 2025, the Property suffered major wind damage.

8. The Plaintiff made a claim for their losses under the policy and was assigned claim number A3G3264001H.

9. Following a lengthy investigation, the Defendant has ultimately refused to fully cover the damages sustained to the property.

10. Though the Defendant continues to seek to engage in settlement discussions, and request additional information, the Defendant has breached its contractual obligations to timely and fully pay for the losses resulting from wind damage to the Property, and has violated its duty of good faith and fair dealing.

11. Plaintiff alleges as follows against the Defendant:

   a. The Defendant has breached its contractual obligations to pay for the Plaintiff's covered losses under the provisions of the Policy;

   b. Defendant committed fraud by making false statement(s) to the Plaintiff on which the Plaintiff relied upon to his detriment, specifically:

      1. Promising to pay for damages it subsequently denied;

      2. Promising to conduct a fair and impartial investigation;

      3. Promising to timely evaluate, investigate and process the claim;

      4. Delayed conducting its investigation and processing the claim;

      5. Failing to consider the needs of its insured equal to its own; and

2

6. Other particulars.

c. Plaintiff has been harmed as a direct result of Defendant Fidelity and Guaranty Insurance Company's material and false statements and representations that it was covered and would be paid under the policy of insurance for which he made premium payments.

d. Plaintiff alleges that it is the corporate goal of Fidelity and Guaranty Insurance Company to increase its profits by reducing, delaying or avoiding the payment of valid claims. Plaintiff further alleges that, in furtherance of these company-wide practices or policies, Defendant Fidelity and Guaranty Insurance Company trains, sets goals, measures results and rewards employees that reduce, delay or avoid payment of claims.

12. Given the circumstances in the instant case, the Defendant acted unreasonably and in bad faith in the handling and the subsequent partial denial of Plaintiff's claim.

13. The bad faith conduct of the Defendant has affected and damaged not only the Plaintiff, but numerous other policyholders in Oklahoma and across the country.

14. As a direct result of the bad faith actions of Defendant, the Plaintiff has suffered ongoing and continuing damages above and beyond the damage incurred to the Properties, in an amount in excess of $75,000.00.

15. Defendant has acted with malice and bad faith and should be punished for the benefit of society and to make an example to others to deter similar conduct.

16. Plaintiff has been forced to hire an attorney and expend money for court costs and costs of litigation for which it should be compensated.

17. Pursuant to 12 O.S. § 2008 (A)(2) and the above facts and circumstances, the Plaintiff is

entitled to relief under Oklahoma statutory and common law. The amount demanded by the Plaintiff is in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code.

**WHEREFORE**, premises considered, Plaintiff moves for a finding by the Court that Defendant Allstate Vehicle and Property Insurance Company breached its contractual duty to pay for the full damages caused by the hail and wind storm; fraud was committed by the Defendant; that Plaintiff should be awarded the sum of $143,121.38 in actual damages, that Defendant violated its duty of good faith and fair dealing; that Defendant owes punitive damages, that Defendant's conduct constituted fraud; that an award of attorney fees and costs of litigation is proper; and for such other and further relief as the Court may deem equitable under the circumstances.

**DATED: April 16, 2026**

**RESPECTFULLY SUBMITTED**

**CATASTROPHIC CLAIMS LEGAL GROUP**

Grayson L. Jones, OBA # 36355
Catastrophic Claims Legal Group
201 Robert S. Kerr Ave., Ste. 700,
Oklahoma City, OK 73012
T:    (771) 999-3669
E:    grayson@catclaimslegalgroup.com

**STORM LAW PARTNERS, PLLC**

**Derek L. Fadner**
1000 Main Street, Suite 2300
Houston, TX 77002
T:    (832) 323-3000
E:    derek@stormlawpartners.com
service@stormlawpartners.com

*ATTORNEYS FOR PLAINTIFF*

4

US POSTAGE

quadient
FIRST-CLASS MAIL
IMI
$011.60 ⁰
04/24/2026 ZIP 73105
043M31257515



OKLAHOM
INSURAN(
DEPARTMEI

Legal Division
Insurance Commissioner
400 NE 50th St.
Oklahoma City, OK 73105

9589 0710 5270 4100 3887 82

Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159

73159876553 C050